UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                Case No. 2:15-cr-23-03
                                                HON. JANET T. NEFF

ALICIA ANN ST. VINCENT,

        Defendant.
_____/

## **ORDER OF DETENTION**

Defendant appeared before the undersigned on April 13, 2017, for an initial appearance and arraignment on the Indictment charging defendant with conspiracy to distribute and possess with intent to distribute cocaine base and heroin, and distribution of cocaine. The documents received from the Eastern District of Wisconsin indicate a detention hearing was held and defendant was detained. Counsel may investigate this issue and make the appropriate request to the Court at a later time.

Defendant shall be detained pending further proceedings.

While detained, defendant shall undergo mental health and substance abuse assessments and treatment as recommended.

IT IS SO ORDERED.

                                                             /s/ *Timothy P. Greeley*
                                                             TIMOTHY P. GREELEY
                                                             UNITED STATES MAGISTRATE JUDGE

Dated: April 14, 2017